**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re:<br><br>MULFORD CONSTRUCTION CO., INC.,<br><br>    Debtor. | Case No. 26-13271-LSS<br><br>Chapter 11 |
| MULFORD CONSTRUCTION CO., INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GRANITE MERCHANT FUNDING, LLC,<br>*et al.*,<br><br>    Defendants. | Adv. Pro. No. 26-00130 |

**PLAINTIFF'S LIST OF EXHIBITS FOR HEARING
ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

Mulford Construction Co. Inc. (the "Debtor" or "Plaintiff") hereby files this List of

Exhibits in connection with the hearing scheduled on June 2, 2025 at 12:30 p.m. on the Debtor's

*Emergency Motion for Temporary Restraining Order and Preliminary Injunction* [Dkt. No. 2].

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| P 01 | Complaint filed by Commercial Credit Group | | | |
| P 02 | Complaint filed by Blade Funding Corp. | | | |
| P 03 | Complaint filed by Granite Merchant Funding, LLC | | | |

P 04        Docket for Case No.
            C-04-CV-26-0001555
            filed by D-Route Logistics, Inc.
            d/b/a AggDirect

P05         Corporate Bylaws of Mulford
            Construction Company, Inc.


Dated: June 1, 2026                  **TYDINGS & ROSENBERG LLP**

                                     */s/ Richard L. Costella*
                                     Richard L. Costella, Bar No. 14095
                                     Dennis J. Shaffer, Bar No. 25680
                                     Megan K. Young, Bar. No. 31978
                                     One East Pratt Street, Suite 901
                                     Baltimore, Maryland  21202
                                     Telephone (410) 752-9700
                                     Email:  rcostella@tydings.com
                                             dshaffer@tydings.com
                                             myoung@tydings.com

                                     *Counsel to Mulford Construction Co., Inc.,*
                                     *Plaintiff & Debtor/Debtor-in-Possession*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of June, 2026, a copy of the foregoing was served via the Court's ECF filing system, and where indicated by electronic mail, on the following:

Aaron L. Casagrande    Aaron.casagrande@Icemiller.com (via ECF)
Jessica Lynne Duvall    jduvall@levingann.com (via ECF)
Kevin G. Hroblak    kevin.hroblak@icemiller.com (via ECF)
Pierce C Murphy    pmurphy@mdattorney.com (via ECF)
Anthony Guiliano    afg@glpcny.com (via email)
Eric Baker   ebaker@aggdirect.com (via email)
Jeanette Rice   jeanette.rice@usdoj.gov (via email)
Mark Edelson    medelson@silvermanthompson.com (via email)
Michael Levin    mlevin@silvermanthompson.com (via email)
Niall McLachlan    nmclachlan@commercialcreditgroup.com (via email)
Darnell Ingram    danrell@deingram.com (via email)

/s/ Richard L. Costella
Richard L. Costella