# EXHIBIT 1



**Commercial Credit Group**

# ENCLOSURE MEMO

April 24, 2026

<u>Via FedEx</u>

**To:** **Chesapeake Environmental Materials, LLC**
**c/o Faith Harrison, Reg Agent**
40 W. Chesapeake Avenue, Ste 600
Towson, MD 21204

**William Fowler**
1445 Old Adelina Road
Prince Fredrick, MD 20678

**Kurt Fowler**
1440 Old Adelina Road
Prince Fredrick, MD 20678

**Karen Fowler**
1445 Old Adelina Road
Prince Fredrick, MD 20678

**From: Niall T. McLachlan, Senior Counsel**
Commercial Credit Group Inc.
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202
nmclachlan@commercialcreditgroup.com
Direct phone: (704)703-1968

*Re:* *26CV022938-590 Commercial Credit Group Inc. v. Chesapeake Environmental*
*Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler*

Dear sir or madam:

Copies of Commercial Credit Group's complaint against you and summons to appear and answer
the complaint are enclosed. Please contact me, or if you are represented by an attorney, have
your attorney contact me, if you would like to discuss a consensual resolution for repayment of
the indebtedness.

**Charlotte, NC | Headquarters**
525 N. Tryon Street, Suite 1000
Charlotte, NC 28202
Office: (704) 731-0031 Fax: (704) 793-9528
commercialcreditgroup.com

**Locations**
NC | Charlotte (HQ)
IL | Naperville
NY | Buffalo
ON | Hamilton

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.

**26CV022938-590**

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff* | |
| Commercial Credit Group Inc. | |
| *Address* | |
| 525 North Tryon Street, Suite 1000 | |
| *City, State, Zip* | |
| Charlotte, NC 28202 | |

## CIVIL SUMMONS
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

**VERSUS**

G.S. 1A-1, Rules 3 and 4

*Name Of Defendant(s)*
Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

### To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Chesapeake Environmental Materials, LLC | William M. Fowler |
| c/o Faith E. Harrison, Registered Agent | 1445 Old Adelina Road |
| 40 W. Chesapeake Avenue, Suite 600 | Prince Frederick, MD 20678 |
| Towson, MD 21204 | |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| Niall T. McLachlan, Esq. | 4/24/2026 | 10:58:17 am ☐ AM ☐ PM | |
| 525 North Tryon Street, Suite 1000 | *Signature* | | |
| Charlotte, NC 28202 | /s/ Harvey Frison | | |
| | ☒ *Deputy CSC* | ☐ *Assistant CSC* | ☐ *Clerk Of Superior Court* |

| ☐ ENDORSEMENT (ASSESS FEE) | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ *Deputy CSC*   ☐ *Assistant CSC* | ☐ *Clerk Of Superior Court* |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| RETURN OF SERVICE |
|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

## DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

## DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

Mecklenburg _____ County

File No.

26CV022938-590

In The General Court Of Justice
☐ District   ☒ Superior Court Division

| Name Of Plaintiff |
|---|
| Commercial Credit Group Inc. |

| Address |
|---|
| 525 North Tryon Street, Suite 1000 |

| City, State, Zip |
|---|
| Charlotte, NC 28202 |

## AMENDED CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

## VERSUS

| Name Of Defendant(s) |
|---|
| Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler |

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

### To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| Kurt M. Fowler | Karen M. Fowler |
| 1440 Old Adelina Road | 1445 Old Adelina Road |
| Prince Frederick, MD 20678 | Prince Frederick, MD 20678 |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| Niall T. McLachlan, Esq. | 4/24/2026 | 3:53:31 pm | ☐ AM  ☐ PM |
| 525 North Tryon Street, Suite 1000 | Signature | | |
| Charlotte, NC 28202 | /s/ Mitchell Woodard | | |

☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | ☐ AM  ☐ PM |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Signature | | |

☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

Electronically Filed Date: 4/24/2026 3:49 PM  Mecklenburg County Clerk of Superior Court

| | **RETURN OF SERVICE** | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 1.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service.<br>Summons and complaint received by: ☐ Defendant 2.<br>☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid<br>$ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

Mecklenburg County Clerk of Superior Court

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

COMMERCIAL CREDIT GROUP INC.,

Plaintiff,

v.

CHESAPEAKE ENVIRONMENTAL
MATERIALS, LLC; WILLIAM M. FOWLER;
KURT M. FOWLER; and KAREN M.
FOWLER,

Defendants.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

26CV022938-590

**COMPLAINT**

Commercial Credit Group Inc. ("Plaintiff"), for its complaint against the Defendants, Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler, states and alleges the following:

1. This is an action to recover damages for breaches of contract.

## I.    Parties

2. Plaintiff is a corporation organized and existing under the laws of the State of Delaware, authorized to do business in the State of North Carolina, with its principal address at 525 North Tryon Street, Suite 1000, Charlotte, Mecklenburg County, North Carolina 28202.

3. Defendant Chesapeake Environmental Materials, LLC is a Maryland limited liability company, upon information and belief.

4. Defendant William M. Fowler is a Maryland resident, upon information and belief.

5. Defendant Karen M. Fowler is a Maryland resident, upon information and belief.

6. Defendant Kurt M. Fowler is a Maryland resident, upon information and belief.

7. Venue in this Court is proper, and this Court has exclusive jurisdiction over the named parties based upon, among other things, the respective parties' express written consent thereto.

## II.     Factual Background

8.      Plaintiff made a series of commercial equipment loans to non-party Mulford Construction Co., Inc., including the loans that are the subject of this action. To evidence the loans at issue, Mulford Construction Co., Inc. executed and delivered to Plaintiff seven Negotiable Promissory Notes and Security Agreements (as amended from time to time, the "Notes") payable to Plaintiff. The date of the Notes and original face amounts are as follows:

|  | Date | Original Loan Amount |
|---|---|---|
| Loan 1 | January 26, 2023 | $388,380.00 |
| Loan 2 | May 4, 2023 | $552,288.00 |
| Loan 3 | September 27, 2024 | $1,313,520.00 |
| Loan 4 | December 11, 2024 | $1,358,802.00 |
| Loan 5 | December 11, 2024 | $1,064,304.00 |
| Loan 6 | December 11, 2024 | $1,072,476.00 |
| Loan 7 | December 24, 2024 | $206,712.00 |

9.      Plaintiff is the holder of the Notes.

10.     By Guaranty dated April 10, 2015, Defendants William M. Fowler, Kurt M. Fowler and Karen M. Fowler agreed, among other things, to guarantee payment of all present and future obligations of Mulford Construction Co., Inc. to Plaintiff.

11.     By Guaranty dated January 26, 2023, Defendant Chesapeake Environmental Materials, LLC agreed, among things other things, to guaranty payment of all obligations of Mulford Construction Co., Inc. to Plaintiff (the April 10, 2015 Guaranty and the January 26, 2023 Guaranty, collectively, the "Guarantees").

## III.     Count One: Breach of Contract as to all Defendants

12.     Plaintiff repeats and realleges each of the preceding allegations as if fully set forth herein.

13.     Mulford Construction Co., Inc. defaulted under the Notes, by failing to make payments as agreed and by filing a petition for relief under the United States Bankruptcy Code, 11 U.S.C. §101, *et. seq.*

14.     Defendants Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler, defaulted under the Guaranties, by failing to remit to Plaintiff the payments due under the Notes, among other things.

15.     After applying all credits and payments received by Plaintiff, the amount due under the Notes was $3,620,525.79 as of March 26, 2026.

16.     Defendants are liable to Plaintiff for said balance under the Notes by virtue of their execution of the Guaranties.

17.     Under the Notes, Plaintiff is entitled to interest at the Default Rate (as defined therein at eighteen percent per annum) after default which, in the instant case, results in the accrual of interest in the amount of $1,776.49 per day from March 26, 2026.

18.     Pursuant to the Notes and the Guaranties, Plaintiff is entitled to attorneys' fees and other charges in the event the Notes are placed in the hands of an attorney for collection.

19.     Defendants are hereby notified pursuant to N.C.G.S. 6-21.2 *et seq.*, by service of this Summons and Complaint that: (a) Plaintiff intends to recover attorneys' fees from Defendants herein, and (b) Defendants have five days from date of such service within which to pay the principal and interest owing at the time this action was instituted without incurring liability for Plaintiff's attorneys' fees.

**Wherefore**, Plaintiff respectfully prays that the Court enter judgment in favor of Plaintiff, and against Defendants, as follows:

1.     Judgment against Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M.

3

Fowler and Karen M. Fowler in favor of Plaintiff, in the amount of $3,620,525.79 plus such pre-judgment interest which has accrued at the rate of $1,776.49 per day between March 26, 2026 and the date that judgment is entered, and Plaintiff's legal costs, expenses, and attorneys' fees; and

2. Such other relief as is just and proper.

April 24, 2026

/s/ Niall T. McLachlan
Niall T. McLachlan (N.C. Bar #54360)
COMMERCIAL CREDIT GROUP INC.
525 N. Tryon St., Suite 1000
Charlotte, NC 28202 (704) 703-1968
nmclachlan@commercialcreditgroup.com

# STATE OF NORTH CAROLINA

<u>Mecklenburg</u> County

**File No.**
26CV022938-590

**In The General Court Of Justice**
☐ District   ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Commercial Credit Group Inc. | |
| *Address*<br>525 North Tryon Street, Suite 1000 | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| *City, State, Zip*<br>Charlotte, NC 28202 | |

**VERSUS**

G.S. 1A-1, Rules 3 and 4

| | |
|---|---|
| *Name Of Defendant(s)*<br>Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler | *Date Original Summons Issued*<br><br>*Date(s) Subsequent Summons(es) Issued* |

### To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1*<br>Chesapeake Environmental Materials, LLC<br>c/o Faith E. Harrison, Registered Agent<br>40 W. Chesapeake Avenue, Suite 600<br>Towson, MD 21204 | *Name And Address Of Defendant 2*<br>William M. Fowler<br>1445 Old Adelina Road<br>Prince Frederick, MD 20678 |
|---|---|

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>Niall T. McLachlan, Esq.<br>525 North Tryon Street, Suite 1000<br>Charlotte, NC 28202 | *Date Issued*<br>4/24/2026 | *Time*<br>10:58:17 am  ☐ AM  ☐ PM |
|---|---|---|
| | *Signature*<br>/s/ Harvey Frison | |
| | ☒ *Deputy CSC*   ☐ *Assistant CSC*   ☐ *Clerk Of Superior Court* | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM  ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ *Deputy CSC*   ☐ *Assistant CSC*   ☐ *Clerk Of Superior Court* | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | RETURN OF SERVICE | |
|---|---|---|

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served □ AM □ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served □ AM □ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

_____Mecklenburg_____ County

File No.

26CV022938-590

In The General Court Of Justice
☐ District   ☒ Superior Court Division

**AMENDED CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

*Name Of Plaintiff*
Commercial Credit Group Inc.

*Address*
525 North Tryon Street, Suite 1000

*City, State, Zip*
Charlotte, NC 28202

**VERSUS**

*Name Of Defendant(s)*
Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

## To Each Of The Defendant(s) Named Below:

| *Name And Address Of Defendant 1* | *Name And Address Of Defendant 2* |
|---|---|
| Kurt M. Fowler | Karen M. Fowler |
| 1440 Old Adelina Road | 1445 Old Adelina Road |
| Prince Frederick, MD 20678 | Prince Frederick, MD 20678 |

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1.  Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2.  File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)* | *Date Issued* | *Time* | |
|---|---|---|---|
| Niall T. McLachlan, Esq. | 4/24/2026 | 3:53:31 pm ☐ AM ☐ PM | |
| 525 North Tryon Street, Suite 1000 | *Signature* | | |
| Charlotte, NC 28202 | /s/ Mitchell Woodard | | |
| | ☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | *Date Of Endorsement* | *Time* ☐ AM ☐ PM |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Signature* | |
| | ☐ Deputy CSC   ☐ Assistant CSC   ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

| | **RETURN OF SERVICE** | |

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

Mecklenburg County Clerk of Superior Court

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

COMMERCIAL CREDIT GROUP INC.,

Plaintiff,

v.

CHESAPEAKE ENVIRONMENTAL
MATERIALS, LLC; WILLIAM M. FOWLER;
KURT M. FOWLER; and KAREN M.
FOWLER,

Defendants.

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION

26CV022938-590

**COMPLAINT**

Commercial Credit Group Inc. ("Plaintiff"), for its complaint against the Defendants, Chesapeake

Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler, states and alleges

the following:

1.    This is an action to recover damages for breaches of contract.

## I.    Parties

2.    Plaintiff is a corporation organized and existing under the laws of the State of Delaware,

authorized to do business in the State of North Carolina, with its principal address at 525 North Tryon Street,

Suite 1000, Charlotte, Mecklenburg County, North Carolina 28202.

3.    Defendant Chesapeake Environmental Materials, LLC is a Maryland limited liability

company, upon information and belief.

4.    Defendant William M. Fowler is a Maryland resident, upon information and belief.

5.    Defendant Karen M. Fowler is a Maryland resident, upon information and belief.

6.    Defendant Kurt M. Fowler is a Maryland resident, upon information and belief.

7.    Venue in this Court is proper, and this Court has exclusive jurisdiction over the named parties

based upon, among other things, the respective parties' express written consent thereto.

## II.    Factual Background

8.    Plaintiff made a series of commercial equipment loans to non-party Mulford Construction Co., Inc., including the loans that are the subject of this action. To evidence the loans at issue, Mulford Construction Co., Inc. executed and delivered to Plaintiff seven Negotiable Promissory Notes and Security Agreements (as amended from time to time, the "Notes") payable to Plaintiff. The date of the Notes and original face amounts are as follows:

|  | Date | Original Loan Amount |
|---|---|---|
| Loan 1 | January 26, 2023 | $388,380.00 |
| Loan 2 | May 4, 2023 | $552,288.00 |
| Loan 3 | September 27, 2024 | $1,313,520.00 |
| Loan 4 | December 11, 2024 | $1,358,802.00 |
| Loan 5 | December 11, 2024 | $1,064,304.00 |
| Loan 6 | December 11, 2024 | $1,072,476.00 |
| Loan 7 | December 24, 2024 | $206,712.00 |

9.    Plaintiff is the holder of the Notes.

10.    By Guaranty dated April 10, 2015, Defendants William M. Fowler, Kurt M. Fowler and Karen M. Fowler agreed, among other things, to guarantee payment of all present and future obligations of Mulford Construction Co., Inc. to Plaintiff.

11.    By Guaranty dated January 26, 2023, Defendant Chesapeake Environmental Materials, LLC agreed, among things other things, to guaranty payment of all obligations of Mulford Construction Co., Inc. to Plaintiff (the April 10, 2015 Guaranty and the January 26, 2023 Guaranty, collectively, the "Guarantees").

## III.    Count One: Breach of Contract as to all Defendants

12.    Plaintiff repeats and realleges each of the preceding allegations as if fully set forth herein.

13.    Mulford Construction Co., Inc. defaulted under the Notes, by failing to make payments as agreed and by filing a petition for relief under the United States Bankruptcy Code, 11 U.S.C. §101, *et. seq.*

2

14. Defendants Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M. Fowler and Karen M. Fowler, defaulted under the Guaranties, by failing to remit to Plaintiff the payments due under the Notes, among other things.

15. After applying all credits and payments received by Plaintiff, the amount due under the Notes was $3,620,525.79 as of March 26, 2026.

16. Defendants are liable to Plaintiff for said balance under the Notes by virtue of their execution of the Guaranties.

17. Under the Notes, Plaintiff is entitled to interest at the Default Rate (as defined therein at eighteen percent per annum) after default which, in the instant case, results in the accrual of interest in the amount of $1,776.49 per day from March 26, 2026.

18. Pursuant to the Notes and the Guaranties, Plaintiff is entitled to attorneys' fees and other charges in the event the Notes are placed in the hands of an attorney for collection.

19. Defendants are hereby notified pursuant to N.C.G.S. 6-21.2 *et seq.*, by service of this Summons and Complaint that: (a) Plaintiff intends to recover attorneys' fees from Defendants herein, and (b) Defendants have five days from date of such service within which to pay the principal and interest owing at the time this action was instituted without incurring liability for Plaintiff's attorneys' fees.

**Wherefore**, Plaintiff respectfully prays that the Court enter judgment in favor of Plaintiff, and against Defendants, as follows:

1. Judgment against Chesapeake Environmental Materials, LLC, William M. Fowler, Kurt M.

3

Fowler and Karen M. Fowler in favor of Plaintiff, in the amount of $3,620,525.79 plus such pre-judgment interest which has accrued at the rate of $1,776.49 per day between March 26, 2026 and the date that judgment is entered, and Plaintiff's legal costs, expenses, and attorneys' fees; and

2. Such other relief as is just and proper.

April 24, 2026

/s/ Niall T. McLachlan
Niall T. McLachlan (N.C. Bar #54360)
COMMERCIAL CREDIT GROUP INC.
525 N. Tryon St., Suite 1000
Charlotte, NC 28202 (704) 703-1968
nmclachlan@commercialcreditgroup.com