# **<u>EXHIBIT 4</u>**

 **Maryland Judiciary Case Search & Record Portal**   Sign In / Register

## Go Back Now

## Case Detail

### Case Information

| | |
|---|---|
| Court System: | **Circuit Court For Calvert County - Civil** |
| Location: | **Calvert Circuit Court** |
| Case Number: | **C-04-CV-26-000155** |
| Case Title: | **D-Route Logistics, Inc. d/b/a AggDirect vs. Kurt Fowler** |
| Case Type: | **Confessed Judgment** |
| Filing Date: | **04/10/2026** |
| Case Status: | **Open** |

### Involved Parties Information

#### Defendant

| | |
|---|---|
| Name: | **Fowler, Kurt** |
| Address: | **171 Skipjack Rd.** |
| City: **Prince Frederick** | State: **MD**   ZIP Code: **20678** |

#### Plaintiff

| | |
|---|---|
| Name: | **D-Route Logistics, Inc. d/b/a AggDirect** |
| Address: | **10610 Rhode Island Ave., Suite 300** |
| City: **Beltsville** | State: **MD**   ZIP Code: **20705** |

#### Attorney(s) for the Plaintiff

| | |
|---|---|
| Name: | **Askew, Lewis Irvin** |

Appearance Date:        **04/10/2026**
Address Line 1:         **1900 M Street**
Address Line 2:         **NW 4th Fl.**
City: **WASHINGTON**        State: **DC**        ZIP Code: **20036**

## Docket Entries

File Date:  **04/10/2026**

Docket Entry Name:  **Complaint / Petition**

Comment:  **Complaint for Confessed Judgment**

File Date:  **04/10/2026**

Docket Entry Name:  **Affidavit - Confessed Judgment**

Comment:  **Affidavit Miguel Lambert**

File Date:  **04/10/2026**

Docket Entry Name:  **Case Information Report Filed**

Comment:  **Case Information Report**

File Date:  **04/10/2026**

Docket Entry Name:  **Line**

Comment:  **Line Requesting Summons**

NOTICE: For existing Odyssey Portal users, before your first login here, please watch the video titled - "Training Video for New Maryland Judiciary Case Search & Record Portal" at E-filing - Attorneys | Maryland Courts

File Date:  **04/10/2026**

Docket Entry Name:  **Summons Issued (Service Event)**

Comment:  **Copies e-served to plt counsel on 4.10.26**

File Date:  **05/27/2026**

Docket Entry Name:  **Line**

Comment:  **Line Requesting Issuance of Summons**

File Date:  **05/27/2026**

Docket Entry Name:  **Summons Issued (Service Event)**

Comment:  **E-served to plt's counsel for service on 05.27.26**

File Date:  **05/27/2026**

Docket Entry Name:  **Writ /Summons/Pleading - Electronic Service**

Comment:  **Summons**

## Service Information

| Service Type | Issue Date |
| --- | --- |
| Summons Issued | 04/10/2026 |
| Summons Issued | 05/27/2026 |

This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.

Copyright © 2026. Maryland Judiciary. All rights reserved. | Environment: PROD | Version: 1.1